Jared Walker (SB#269029)
P.O. Box 1777
Orangevale, CA 95662
T: (916) 476-5044
F: (916) 476-5064
jared@jwalker.law

Attorney for Plaintiff
VERONICA YANEZ

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA YANEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>MARTIN O'MALLEY,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:24-cv-002285-CSK<br><br>STIPULATION FOR FIRST EXTENSION OF TIME FOR PLAINTIFF TO FILE OPENING BRIEF |

IT IS STIPULATED, by and between the parties, through their respective counsel of record, that the time for Plaintiff to file her motion for summary judgment be extended thirty (30) days from the original deadline such that Plaintiff's new deadline, with the Court's approval, will be December 27, 2024.  This is Plaintiff's first request for an extension of time and is sought because Plaintiff's counsel needs additional time to attempt to meet and confer with defendant for the purpose of determining the scope of disputed issues in this matter following unsuccessful settlement negotiations and defendant's present position in defending this matter in light of Social Security's pronouncements of agency policy set forth in Emergency Message 24027 (EM-24027).  With the Court's approval, the parties further stipulate that all other deadlines in the Court's Scheduling Order will remain in place but adjusted accordingly to coincide with this current extension request.

Dated: November 26, 2024                         Respectfully submitted,

                                                 /s/ *Jared Walker*
                                                 Jared Walker,
                                                 Attorney for Plaintiff

SO STIPULATED:

                                        PHILLIP A. TALBERT
                                        United States Attorney

Dated: November 15, 2024       By:    /s/ *Justin L. Martin
                                              (*authorized by email on *11/15/2024)
                                              JUSTIN L. MARTIN
                                              Special Assistant United States Attorney
                                              Attorneys for Defendant

### ORDER

Pursuant to stipulation, IT IS SO ORDERED that Plaintiff Veronica Yanez shall have a thirty (30) day extension of time until December 27, 2024 to file her motion for summary judgment.

Dated: December 3, 2024

                                                CHI SOO KIM
                                                UNITED STATES MAGISTRATE JUDGE

5, yane2285.24