MICHELE BECKWITH
Acting United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of the General Counsel, Office 7
JEFFREY E. STAPLES, WA 45035
Special Assistant United States Attorney
      6401 Security Boulevard
      Baltimore, MD 21235
      E-Mail: jeff.staples@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA YANEZ,<br>    Plaintiff,<br>v.<br>COMMISSIONER OF SOCIAL SECURITY,<br>    Defendant. | CIVIL NO. 2:24-cv-02285-CSK<br><br>**STIPULATION AND [~~PROPOSED~~]<br>ORDER FOR EXTENSION OF TIME** |

    Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended thirty (30) days from January 27, 2025, up to and including February 26, 2025.  This is the Defendant's first request for an extension.

    The undersigned is in the process of drafting a response to Plaintiff's Motion for Summary Judgment, but that draft is undergoing comprehensive reviews by other attorneys that require additional time to complete. If the reviews are completed prior to February 26, 2025, the undersigned will file a response to Plaintiff's Motion for Summary Judgement as soon as possible.

1  The parties further stipulate that the Court's Scheduling Order shall be modified
2  accordingly.

3                                          Respectfully submitted,

4  Dated:  January 23, 2025              /s/  *Jared T. Walker*   *
5                                          (*as authorized via e-mail on January 22, 2025)
                                            JARED T. WALKER
6                                          Attorney for Plaintiff

7  Dated: January 23, 2025               MICHELLE BECKWITH
8                                          United States Attorney
                                            MATHEW W. PILE
9                                          Associate General Counsel
10                                         Social Security Administration

11                               By:     /s/ *Jeffrey E. Staples*
                                            JEFFREY E. STAPLES
12                                         Special Assistant United States Attorney

13                                         Attorneys for Defendant
14

15                                         **ORDER**

16  Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an
17  extension, up to and including February 26, 2025, to respond to Plaintiff's Motion for Summary
18  Judgment.

19
20  DATED:  January 24, 2025
                                            HON. CHI SOO KIM
21                                         UNITED STATES MAGISTRATE JUDGE

22  5, yane.2285.24

23
24
25
26
27
28

Stipulation and [~~Proposed~~] Order for Extension of Time – 2:24-cv-02285-CSK