Jared Walker (SB#269029)
P.O. Box 1777
Orangevale, CA 95662
T: (916) 476-5044
F: (916) 476-5064
jared@jwalker.law

Attorney for Plaintiff
VERONICA YANEZ

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA YANEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>LELAND DUDEK,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:24-cv-002285-CSK<br><br>STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE REPLY BRIEF |

IT IS STIPULATED, by and between the parties, through their respective counsel of record, that the time for Plaintiff to file her reply brief in support of her motion for summary judgment be extended seven (7) days from the original deadline such that Plaintiff's new deadline, with the Court's approval, will be March 19, 2025.  Plaintiff's counsel needs additional time to analyze and respond to Defendant's opposition and cross-motion for summary judgment due to the nature of the issues presented and Plaintiff's counsel's conflicting deadlines in other matters.  This is Plaintiff's first requested extension relating to her optional reply brief and is not sought to unduly delay resolution of this matter.

Dated: March 12, 2025                                    Respectfully submitted,

                                                          /s/ *Jared Walker*
                                                         Jared Walker,
                                                         Attorney for Plaintiff

SO STIPULATED:

                                        MICHELLE BECKWITH
                                        Acting United States Attorney

Dated: March 12, 2025        By:    /s/ *Jeffrey Staples
                                                (*authorized by email on *3/12/2025)
                                                JEFFREY STAPLES
                                                Special Assistant United States Attorney
                                                Attorneys for Defendant

<u>ORDER</u>

Pursuant to the parties' stipulation, IT IS SO ORDERED that the deadline for Plaintiff to file her optional reply brief be extended seven (7) days, until March 19, 2025. The parties are reminded that extension requests should be filed in advance of the deadline.

Dated: March 13, 2025

HON. CHI SOO KIM
U.S. Magistrate Judge